**Order filed December 6, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00962-CV
_____

**RALPH JOSEPH BIANCHI, Appellant**

**V.**

**KERRI M. FOLEY, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-00067620**

---

## O R D E R

The notice of appeal in this case was filed October 15, 2012. No clerk's record was filed. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **December 21, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM